**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DIVISION
IN THE SOUTHERN DISTRICT OF OHIO
(Cincinnati)**

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY, an Ohio Corporation | ) ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 1:19-cv-329-WOB |
| v. | ) ) ) ) | |
| BUNTING GRAPHICS, INC., a Pennsylvania Corporation, BUNTING, INC., a Pennsylvania Corporation, 415 West Warrington Associates, Inc., a Pennsylvania Corporation, JOSHUA P. BUNTING, a Pennsylvania Resident, JOSEPH P. BUNTING, a Pennsylvania Resident, SHANNON BUNTING, a Pennsylvania Resident, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER STAYING LITIGATION PENDING SETTLEMENT PAYMENTS

This matter coming before the Court on the parties' Joint Motion to Stay Lawsuit ("Joint Motion"), the Court having been advised that the case has settled and that periodic settlement payments are due in the coming months, the final such payment coming due on December 24, 2020;

IT IS HEREBY ORDERED:

      1.    The Joint Motion is GRANTED.

{L0822863.1 }

2.      The case is STAYED and any and all dates and deadlines contained within this Court's Amended Scheduling Order, Doc. No. 48, shall be STAYED pending Plaintiff's receipt of Defendants' remaining settlement payments.

3.      The parties shall file either a Stipulation of Dismissal or Joint Status Report concerning the status of Defendants' settlement payments to Plaintiff on or before December 31, 2020.

8/27/2020

(date)

Karen L. Litkovitz
United States Magistrate District Judge

{L0822863.1 }